DAVID Leigh Cook SR
5555 Giant Hwy
Richmond, CA. 94806
(In Pro Se)

FILED
Oct 13 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DAVID LEIGH COOK SR
Plaintiff,

vs.

ANTIOCH POLICE DEPARTMENT
Sergeant Mike Reynolds
CHIEF TAMMY (Former)
JONATHAN U LEE
CHRISTOPHER CANNON
SIX UNKNOWN AGENTS
BIVENS
Sued In official And Individual Capacity
Does 1-20 Inclusive
Defendants.

No. 5:26-cv-11800-NC

42 USC Sections 1981 & 1983 CIVIL Rights COMPLAINT UNDER BIVENS / DEMAND FOR JURY TRIAL / INTENTIONAL TORT FOR MONETARY DAMAGES

I

## INTRODUCTION

Comes Now, DAVID Leigh Cook SR, hereafter (The Plaintiff) Pleading his Title 42 Sections 1981 And 1983 Complaint whereas The Plaintiff

Alleges several State And Federal law Violations against the hereafter Named Defendants in this Complaint. All Acts or Omissions Alleged herein were A direct Cause of Action related to each and every named defendant to deprive (the Plaintiff) of his Constitutional Rights.

Defendants:

1. Antioch Police Deparment is A City Municipal Police Department operated in the City of Antioch California that hires Peace officers to Police the City of Antioch for the Purposes of Law Enforcement And Public Safety.

2.) Mike Reynolds At the time of the incident Alleged herein acted As A Sworn Police officer - Sergeant employed with Antioch Police Department And was President of Local Police Union for Antioch.

3.) Chief Tammy At the time this incident occurred Tammy was the Acting Chief of Police for Antioch Police Department.

4.) Jonathan U Lee, At the time this incident occurred was a Assistant United States Attorney assigned to Northern District of California, And was the named government prosecutor assigned to the Plaintiff criminal case. CR-19-00172-JD

5.) Christopher Cannon, At the time this incident occurred was the Acting Attorney for the plaintiff herein criminal case CR-19-00172 JD. Mr. Cannon is a licensed Criminal Defense Attorney in San Francisco, California.

6.) Does 1-20 inclusive The Plaintiff Does Request Leave to Amend his complaint once the true name and legal capacities of All defendants Are known to plaintiff.

7.) The Plaintiff files A (Bivens Complaint) on the Acts or Omissions of Jonathan U Lee who At the time of the alleged State law violations was Acting in capacity as A United States Attorney.

Dated: 10/05/2026

Respectfully submitted,
David L. Cook SR
(Pro Se)

DAVID Leigh Cook SR
5555 Giant Hwy
Richmond, CA. 94806
(In Pro Se)